Brandt L. Wolkin, Esq. SBN 112220
Amy K. Thomas, Esq. SBN 202876
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone: (415) 982-9390
Facsimile: (415) 982-4328

Attorneys for Respondent
INDUSTRIAL UNDERWRITERS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO FIRST EXCESS OF LOSS REINSURANCE AGREEMENTS EFFECTIVE 9/1/80 and TERRA NOVA INSURANCE COMPANY LIMITED,

Petitioners,

v.

INDUSTRIAL UNDERWRITERS, INC.,

Respondent.

Case No. 05-CV-02397 VRW

**STIPULATION AND ~~PROPOSED~~ ORDER FOR PARTIAL DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41, Petitioner Terra Nova Insurance Company, Ltd. ("Terra Nova"), and Respondent and Cross-Petitioner Industrial Underwriters, Inc., hereby stipulate and consent to dismissal of the disputes as between them in this matter, and request the Court's approval of said stipulation, and the Court's execution of the accompanying proposed order.

This Stipulation and Proposed Order will serve to eliminate Terra Nova as a party to the above-captioned matter. However, this Stipulation and Proposed Order shall have no effect on the disputes as between Petitioner Certain Underwriters at Lloyd's, London, Subscribing to First Excess of Loss Reinsurance Agreements Effective 9/1/80 ("Certain

Underwriters"), and Respondent and Cross-Petitioner Industrial Underwriters, Inc. Those disputes remain pending before this Court, and will be addressed during the previously-scheduled hearing on February 2, 2006.

It is the further agreement of the signatories that this Stipulation and Proposed Order should not and may not be considered, or presented as evidence, in the context of the ongoing disputes between Certain Underwriters and Industrial Underwriters, Inc. This Stipulation and Proposed Order does not constitute any admission or agreement as to any of the legal or factual issues presented in the ongoing disputes between Certain Underwriters and Industrial Underwriters, Inc., and the signatories also agree that the partial dismissal resulting from this Stipulation shall not constitute or serve as evidence of any adjudication on the merits of any of the disputes, claims or positions asserted in this matter.

**IT IS SO STIPULATED.**

Dated: Dec. 20, 2005

WOLKIN • CURRAN, LLP

By: [signature]
Brandt L. Wolkin, Esq.
Amy K. Thomas, Esq.

Attorneys for Respondent and Cross-Petitioner
INDUSTRIAL UNDERWRITERS, INC.

Dated: Jan 19, 2006

MENDES & MOUNT

By: [signature]
John Hunt, Esq.
Suzanne McNulty, Esq.

Attorneys for Petitioner and Cross-Respondent
TERRA NOVA INSURANCE COMPANY

///

///

///

///

In accordance with the parties' stipulation, Terra Nova is hereby dismissed from this matter, and Industrial Underwriters, Inc.'s cross-petition, solely as it pertains to Terra Nova, is partially dismissed. This Order does not serve as dismissal of any disputes in this matter as between Certain Underwriters and Industrial Underwriters, Inc., and this Stipulation and Order shall not serve as evidence of any admission or agreement as to any of the legal or factual issues presented in the ongoing disputes between Certain Underwriters and Industrial Underwriters, Inc.

**IT IS SO ORDERED.**

Dated: January 30, 2006

