James W. Hunt, Bar No. 122582
Suzanne N. McNulty, Bar No. 140263
Mendes & Mount, LLP
725 S. Figueroa Street, 19th Floor
Los Angeles, CA  90017-5419
(213) 955-7700
(213) 955-7725 Fax

Attorneys for Petitioners,
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON
AND TERRA NOVA INSURANCE COMPANY LIMITED

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO FIRST EXCESS OF LOSS REINSURANCE AGREEMENTS EFFECTIVE 9/1/80 and TERRA NOVA INSURANCE COMPANY LIMITED,<br><br>                    Petitioners,<br><br>        vs.<br><br>INDUSTRIAL UNDERWRITERS, INC.,<br><br>                    Respondent. | Case No. 05-CV-02397 VRW<br><br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41, Petitioners Certain Underwriters at Lloyd's London, Subscribing to First Excess of Loss Reinsurance Agreement Effective 9/1/80 ("Underwriters"), and Respondent and Cross-Petitioner Industrial Underwriters, Inc., hereby stipulate and consent to dismissal of the disputes as between them in this matter, and request the Court's approval of said stipulation, and the Court's execution of the accompanying proposed order.

This Stipulation and Proposed Order will serve to terminate this matter. A similar Stipulation and Proposed Order for Partial Dismissal as between Co-Petitioner Terra Nova Insurance Company Limited and Respondent and Cross Petitioner Industrial Underwriters Inc., were filed with the Court on or about January 19, 2006.

It is the further agreement of the signatories that this Stipulation shall not constitute or serve as evidence of any adjudication on the merits of any of the disputes, claims or positions asserted in this matter.

IT IS SO STIPULATED.

Dated: Feb 15, 2006          MENDES & MOUNT, LLP

By: _____
James W. Hunt, Esq.
Suzanne N. McNulty, Esq.
Attorneys for Petitioners and Cross-Respondents
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON

Dated: Feb. 3, 2006          WOLKIN · CURRAN, LLP

By: _____
Brandt L. Wolkin, Esq.
Amy K. Thomas, Esq.

Attorneys for Respondent and Cross-Petitioner
INDUSTRIAL UNDERWRITERS, INC.

In accordance with the parties' stipulation, the Petition and Cross-Petition as between Certain Underwriters at Lloyd's, London and Industrial Underwriters Inc. are hereby dismissed, and by virtue of the Stipulation and Proposed Order submitted by petitioner Terra Nova Insurance Company Limited and Respondent, Cross-Petition Industrial Underwriters Inc. filed

- 2 -

on or about January 19, 2006, the matter is hereby dismissed in its entirety with each party to bear its own costs and disbursements.

IT IS SO ORDERED.

Dated:   February 22, 2006

IT IS SO ORDERED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA